In the Matter of HILDA C. CARL, Appellant, against WILLIAM E. WALSH and

Others, Constituting the Board of Standards and Appeals, Respondents.— Motion to dismiss appeal granted by default, without costs, and appeal dismissed, without costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.